IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARK MACK, | * |
| Plaintiff, | * |
| v. | Case No. 3:21-cv-102 (CAR) |
| | * |
| WATSON TRUCKING, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 13th day of September, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk